UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL GLYN BROWN, | § | CASE NO. 13-35892-H4-11 |
| | § | |
| LIONHEART COMPANY, INC. | § | CASE NO. 13-36390-H5-7 |
| | § | |
| BROWN MEDICAL CENTER, INC. | § | CASE NO. 13-36405 |
| | § | |
| CASTLEMANE, INC. | § | CASE NO. 13-36407 |
| | § | |
| PRORENTALS, INC. | § | CASE NO. 13-36408 |
| | § | |
| SUPERIOR VEHICLE LEASING CO., INC. | § | CASE NO. 13-36410 |
| | § | |
| MG BROWN COMPANY, LLC | § | CASE NO. 13-36411 |
| | § | |
| DEBTORS | § § § | (Proposed to be jointly administered under Case No 13-35892-H4-11) |

## ORDER FOR JOINT ADMINISTRATION

On October 15, 2013, Ronald J. Sommers ("Trustee"), duly appointed and acting Chapter 11 Trustee for the bankruptcy estate of Michael Glyn Brown ("Brown") and authorized representative of Lionheart Company, Inc., Brown Medical Center, Inc., Castlemane, Inc., Prorentals, Inc., Superior Vehicle Leasing Co., Inc., and MG Brown Company, LLC (collectively with Brown, the "Debtors"), filed a *Motion for Joint Administration of the Above-Styled Bankruptcy Cases* (the "Motion"). After considering the Motion, all responses thereto, if any, the arguments of counsel, and the evidence presented, the Court is of the opinion and finds that notice of the Motion was in all respects adequate and proper and that the Motion should in all things be granted. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that this case shall be jointly administered under Case No. 13-35892-H4-11 for all administrative purposes including, but not limited to the filing of motions, notices, and other pleadings, the establishment and maintenance of a single claims register, a single docket sheet, a single matrix, and a single service list.

Signed this _____ day of _____, 2013.

_____
**United States Bankruptcy Judge**