

ENTERED
10/24/2013

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: |
| | § | 13-35892-H4-11 |
| MICHAEL GLYN BROWN | § | |
| | § | CHAPTER 11 |
| Debtor(s) | § | (Jointly Administered) |

### ORDER APPOINTING CHAPTER 11 TRUSTEE

CAME ON to be considered the Motion for Appointment of a Chapter 11 Trustee in the Brown Medical Center, Inc., case. The Brown Trustee, Creditors and parties in interest and the United States Trustee appeared and offered testimony, evidence and argument. After considering same, the Court made findings on the record -It is therefore:

**ORDERED** that the United States Trustee shall appoint a Chapter 11 Trustee in the Chapter 11 case for Brown Medical Center, Inc.; and it is further

**ORDERED** that the individual selected for appointment as Chapter 11 Trustee for Brown Medical Center, Inc. shall be appointed as Chief Restructuring Officer for all Essential Business Entities listed on Exhibit A to this Order, effective upon the entry of an Order appointing a Chapter 11 Trustee for Brown Medical Center, Inc., which individual shall have authority to act on behalf of the Essential Business Entities, ~~and Ronald J. Sommers shall no have authority to act on behalf of the essential business entities in any capacity.~~

Signed this 24th day of October, 2013

Jeff Bohm
Chief United States Bankruptcy Judge

Exhibit A

| Company Name | Owner(s) | Category |
|---|---|---|
| **Directly Related to Brown** | | |
| Achilles Foot & Ankle LLC | Brown 100% | Yes-Direct |
| Achilles Foot & Ankle Specialists LLC (FLA) | Brown 100% | Yes-Direct |
| Achilles Foot & Ankle Specialists LLC (Nevada) | Brown 100% | Yes-Direct |
| Achilles Foot & Ankle Specialists LLC (Phoenix) | Brown 100% | Yes-Direct |
| Achilles Foot LLC | Brown 100% | Yes-Direct |
| Allied Center for Special Surgery, Tampa, LLC | Brown 100% | Yes-Direct |
| Allied Orthopedics, Phoenix, P.A. | Brown 100% | Yes-Direct |
| BHCF, LLC | Brown 100% | Yes-Direct |
| [redacted] | [redacted] | [redacted] |
| MG Brown International, LLC | Brown 100% | Yes-Direct |
| MG Brown Investment Group, LLC | Brown 100% | Yes-Direct |
| [redacted] | | |
| SMCSS, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, Austin, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, DFW, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, Las Vegas, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, San Antonio, Inc. | Brown 100% | Yes-Direct |
| St. Michael's Labs, Scottsdale, Inc. | Brown 100% | Yes-Direct |
| Surgeon's Management, Inc. (SMI) (dba Brown Medical Center, Inc.) | Brown 100% | Yes-Direct |
| Texas Hand Therapy Center, Inc. | Brown 100% | Yes-Direct |
| Brown Employees Group, Scottsdale, LLC | Brown 100% (Schedule C) | Yes-Direct |
| Allied Center for Special Surgery, Denver, LLC | Brown 100%: Brown 99%, MG Brown Investment Group, LLC 1% | Yes-Direct |
| Allied Center for Special Surgery, Memphis, LLC | Brown 100%: Brown 99%, MG Brown Investment Group, LLC 1% | Yes-Direct |
| Allied Center for Special Surgery, St. Louis, LLC | Brown 100%: Brown 99%, MG Brown Investment Group, LLC 1% | Yes-Direct |
| Barrett Foot & Ankle Centers, Phoenix LLC | Brown 90%: Brown 90%, Salinas 7%, Barrett 3% | Yes-Direct |
| Allied Orthopedics & Hand, Phoenix, LLC | Brown 80%: Brown 80%, Guyot 10%, Barrett 7%, Salinas 3% | Yes-Direct |
| Rehabilitation & Pain Center, Phoenix LLC | M&R Brown 57%: Michael and Rachel Brown 57%, Three others 43% | Yes-Direct |
| Allied Center for Special Surgery, Atlanta LLC | Brown (Unknown %) | Yes-Direct |
| **Directly and Indirectly Related to Brown** | | |
| Brown Employees Group, Austin, LLC | Brown 100%: Brown 1%, MGBrown Intl 99% | Yes-Minority, Yes-Indirect Majority |
| Brown Employees Group, DFW, LLC | Brown 100%: Brown 1%, MGBrown Intl 99% | Yes-Minority, Yes-Indirect Majority |
| Brown Employees Group, Las Vegas, LLC | Brown 100%: Brown 1%, MGBrown Intl 99% | Yes-Minority, Yes-Indirect Majority |
| Brown Employees Group, San Antonio, LLC | Brown 100%: Brown 1%, MGBrown Intl 99% | Yes-Minority, Yes-Indirect Majority |
| **Indirectly Related to Brown** | | |
| St. Michaels Center for Special Surgery Ltd. | BMC 69%, SMCSS 1%, St. Mich Srg Grp 30% | Yes-Indirect-Majority |
| Allied Center for Special Surgery, Austin, LLC | Brown Partners Austin 99%, MGBrown Inv Grp 1% | Yes-Indirect-Majority |
| Allied Center for Special Surgery, DFW, LLC | Brown Partners DFW 99%, MGBrown Inv Grp 1% | Yes-Indirect-Majority |
| Allied Center for Special Surgery, Las Vegas, LLC | Brown Partners LV 99%, MGBrown Inv Grp 1% | Yes-Indirect-Majority |
| Allied Center for Special Surgery, San Antonio, LLC (C-Corp) | Brown Partners SA 99%, MGBrown Inv Grp 1% | Yes-Indirect-Majority |
| Allied Center for Special Surgery, Scottsdale, LLC | Brown Partners Scotts 99%, MGBrown Inv Grp 1% | Yes-Indirect-Majority |

Exhibit A

| Company Name | Owner(s) | Category |
|---|---|---|
| Brown Surgical Investments, Austin, LLC | MGBrown Intl 51%, Brown Surg. Inv. Prt Austin 49% | Yes-Indirect-Majority |
| Brown Surgical Investments, DFW, LLC | MGBrown Intl 51%, Brown Surg. Inv. Prt DFW 49% | Yes-Indirect-Majority |
| Brown Surgical Investments, Las Vegas, LLC | MGBrown Intl 51%, Brown Surg. Inv. Prt LV 49% | Yes-Indirect-Majority |
| Brown Surgical Investments, San Antonio, LLC | MGBrown Intl 51%, Brown Surg. Inv. Prt SA 49% | Yes-Indirect-Majority |
| Brown Surgical Investments, Scottsdale, LLC | MGBrown Intl 51%, Brown Surg. Inv. Prt Scotts 49% | Yes-Indirect-Majority |
| Brown Partners, Austin, LLC | MGBrown Intl 51%, BSI Austin 31%, BEP Austin 17%, BEG Austin 1% | Yes-Indirect-Majority |
| Brown Partners, DFW, LLC | MGBrown Intl 51%, BSI DFW 33%, BEP DFW 14%, BEG DFW 2% | Yes-Indirect-Majority |
| Brown Partners, Las Vegas, LLC | MGBrown Intl 51%, BSI LV 33%, BEP LV 14%, BEG LV 2% | Yes-Indirect-Majority |
| Brown Partners, San Antonio, LLC | MGBrown Intl 51%, BSI SA 31%, BEP SA 17%, BEG SA 1% | Yes-Indirect-Majority |
| Brown Partners, Scottsdale, LLC | MGBrown Intl 51%, BSI Scotts 34%, BEP Scotts 11%, BEG Scotts 4% | Yes-Indirect-Majority |