IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| MICHAEL GLYN BROWN | § | 13-35892-H4-11 |
| | § | (Chapter 11) |
| Debtor | § | Jointly Administered |

### NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE
### IN BROWN MEDICAL CENTER, INC.

Pursuant to the Order of the Bankruptcy Court entered on October 24, 2013, (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints ELIZABETH M. GUFFY to serve as the chapter 11 trustee in the Brown Medical Center, Inc., case.

This appointment is made the 24th day of October, 2013.

Date:  October 24, 2013 
JUDY A. ROBBINS
UNITED STATES TRUSTEE


By: /s/ *Diane G. Livingstone*
Diane G. Livingstone
Assistant United States Trustee
State Bar No. 08517100
515 Rusk, Suite 3516
Houston, TX  77002
713/718-4650
Fax. 713/718-4680


Chapter 11 Trustee Appointment Accepted on the 24th day of October, 2013:

By: /s/ Elizabeth M. Guffy
Elizabeth M. Guffy