UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| BROWN MEDICAL CENTER, INC. § | CASE NO. 13-36405 | |
| § | | |
| DEBTOR § | CHAPTER 11 | |

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING DECEMBER 31, 2018

1. _X_ Quarterly   or   _____ Final (check one)

2. SUMMARY OF DISBURSEMENTS:

   A. Disbursements* made under the plan                $10,725.22
   B. Disbursements not under the plan                  $      -
   Total Disbursements                                  $   10,725.22

   * ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?          _X_ Yes   ___ No
4. Are Plan payments being made as required under the Plan?   _X_ Yes   ___ No
5. If "No", what Plan payments have not been made and why?
   Please explain:
   N/A

6. If plan payments have not yet begun, when will the first plan payment be made?   __ N/A

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan?   16-Oct-14

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   None known at this time.

9. Complete the form for Plan Disbursements attached.
10. CONSUMMATION OF PLAN:
    A. If this is a final report, has an application for Final Decree been submitted?
    _____ Yes   Date application was submitted _____
    _____ No    Date when application will be submitted _____
    B. Estimated Date of Final Payment Under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE
AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _/s/ Elizabeth M. Guffy_                        DATE: January 28, 2019
         Elizabeth M. Guffy, Plan Agent

IN RE:
BROWN MEDICAL CENTER, INC.

CASE NO.
13-36405

| CASH RECEIPTS AND DISBURSEMENTS | Oct-Dec 2014 | Jan-Mar 2015 | April-June 2015 | July-Sept 2015 | Oct-Dec 2015 | Jan-Mar 2016 | Apr-June 2016 | July-Sept 2016 | Oct-Dec 2016 | Jan-Mar 2017 | April-June 2017 | July-Sept 2017 | Oct-Dec 2017 | Jan-Mar 2018 | Apr-June 2018 | July-Sept 2018 | Oct-Dec 2018 | CONFIRMATION TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF QUARTER | $1,500,733.70 | $351,375.24 | $214,145.33 | $380,073.59 | $371,389.69 | $147,099.47 | $858,013.97 | $937,044.80 | $3,945,574.63 | 1,575,212.06 | 2,000,377.49 | 1,827,242.43 | 1,750,824.21 | 1,706,141.35 | 1,665,852.56 | 1,660,639.21 | 1,676,840.85 | $22,816,641.59 |
| RECEIPTS | $144,859.03 | $62,449.68 | $202,590.91 | $480,278.92 | $334,122.07 | $724,397.51 | $492,449.29 | $3,266,678.86 | 335,457.28 | 1,149,475.57 | 266,021.99 | 116,242.46 | 398,635.93 | 68,664.68 | 24,438.69 | 24,573.69 | 24,183.69 | $8,220,904.35 |
| NET PAYROLL | | | | | | | | 0.00 | | | | | | | | | | $0.00 |
| PAYROLL TAXES PAID | $12,411.51 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $12,411.51 |
| SECURED RENTAL LEASES | $2,271.58 | $2,204.19 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $4,475.77 |
| UTILITIES | $486.85 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $486.85 |
| INSURANCE | $462.25 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $462.25 |
| INVENTORY PURCHASES | $1,480.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $1,480.00 |
| VEHICLE EXPENSE | $0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $0.00 |
| TRAVEL & ENTERTAINMENT | $0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $0.00 |
| REPAIRS, MAINTENANCE & SUPPLIES | $0.00 | $0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $0.00 |
| ADMINISTRATIVE & SELLING | $0.00 | $0.00 | $19,486.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | | | | $19,486.10 |
| OTHER (attach list) | $1,277,985.38 | $197,475.40 | $117,174.56 | 408,962.82 | 340,412.29 | 133,463.01 | 413,435.46 | 256,341.03 | 2,768,999.54 | 668,511.14 | 439,157.05 | 192,660.68 | 363,318.79 | 188,953.47 | 29,652.04 | 9,172.05 | 10,725.22 | 519,486.19 (?) |
| TOTAL DISBURSEMENTS (the figure should equal Total disbursements, Item 2, Summary of Disbursements) | $1,295,417.49 | $199,679.59 | $136,660.65 | 408,962.82 | 340,412.29 | 133,463.01 | 413,435.46 | 256,341.03 | 2,768,999.54 | 668,511.14 | 439,157.05 | 192,660.68 | 363,318.79 | 188,953.47 | 29,652.04 | 9,172.05 | 10,725.22 | $7,741,949.83 |
| NET CASH FLOW | (51,149,658.46) | ($137,229.91) | $165,938.24 | (36,683.90) | (54,529.22) | 590,514.50 | 579,018.83 | $3,012,529.83 | (32,433,458.16) | 481,164.43 | (173,135.06) | (76,418.22) | 35,317.14 | (120,288.79) | (5,213.35) | 16,201.64 | 13,458.47 | $136,445.03 |
| CASH END OF QUARTER | $351,375.24 | $214,145.33 | $380,073.59 | 371,389.69 | $147,099.47 | $858,013.97 | 937,044.80 | $3,949,574.63 | 1,516,116.47 | 2,000,377.49 | 1,827,242.43 | 1,750,824.21 | 1,786,141.35 | 1,665,852.56 | 1,660,639.21 | 1,676,840.85 | 1,690,299.32 | $23,903,070.61 |

*Corrected in 1st QTR Report. Type: Posted to 213.494.01 s/b 213.463.01
** Funds being held for DMCSA are included in the BMC DIP Account in the amount of $121,956.25

IN RE:  CASE NO.

BROWN MEDICAL CENTER, INC.  13-36405

CASH ACCOUNT RECONCILIATION FOR ALL FUNDS

31-Dec-18

|  | Oct-18 | Nov-18 | Dec-18 | Total |
|---|---|---|---|---|
| Bank Balance | $ 1,764,035.77 | $ 1,766,925.88 | $ 1,774,624.03 | $ 5,305,585.68 |
| Deposit in Transit | $ 129.48 | $ 129.48 | $ 129.48 | $ 388.44 |
| Outstanding Checks | $ 81,454.19 | $ 81,529.19 | $ 81,454.19 | $ 244,437.57 |
| Adjusted Balance | $ 1,682,711.06 | $ 1,685,526.17 | $ 1,693,299.32 | $ 5,061,536.55 |
| Beginning Cash-Per Books | $ 1,676,840.85 | $ 1,682,711.06 | $ 1,685,526.17 | $ 5,045,078.08 |
| Receipts | $ 8,026.23 | $ 8,131.23 | $ 8,026.23 | $ 24,183.69 |
| Transfers Between Accounts |  |  |  | $ - |
| Checks/Other Disbursements | $ 2,156.02 | $ 8,316.12 | $ 253.08 | $ 10,725.22 |
| Ending Cash-Per Books | $ 1,682,711.06 | $ 1,682,526.17 | $ 1,693,299.32 | $ 5,058,536.55 |

STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

|  | Oct-18 | Nov-18 | Dec-18 | Total |
|---|---|---|---|---|
| Beginning Cash | 1,676,840.85 | 1,682,711.06 | 1,685,526.17 | $ 5,045,078.08 |
| Total Receipts | $ 8,026.23 | $ 8,131.23 | $ 8,026.23 | $ 24,183.69 |
| Total Disbursements | $ 2,156.02 | $ 8,316.12 | $ 253.08 | $ 10,725.22 |
| Ending Cash | $ 1,682,711.06 | $ 1,682,526.17 | $ 1,693,299.32 | $ 5,058,536.55 |

## (5) Surgeon's Management, Inc
### General Ledger
For the Period From October 1, 2018 to December 31, 2018

| 10442 | Cash - Wells Fargo DIP 3562 | 10/8/18 | 2334 | CDJ | Veritrust | 253.08 |
|---|---|---|---|---|---|---|
| 10442 | Cash - Wells Fargo DIP 3563 | 10/8/18 | 2335 | CDJ | Porter Hedges, LLP | 978.50 |
| 10442 | Cash - Wells Fargo DIP 3564 | 10/16/18 | 2336 | CDJ | Lisa McKay | 924.44 |
| 10442 | Cash - Wells Fargo DIP 3568 | 11/7/18 | 2337 | CDJ | Secretary of State of Texas | 75.00 |
| 10442 | Cash - Wells Fargo DIP 3569 | 11/7/18 | 2338 | CDJ | Secretary of State | 75.00 |
| 10442 | Cash - Wells Fargo DIP 3570 | 11/12/18 | 2340 | CDJ | Veritrust | 253.08 |
| 10442 | Cash - Wells Fargo DIP 3571 | 11/12/18 | 2341 | CDJ | Porter Hedges, LLP | 1,773.24 |
| 10442 | Cash - Wells Fargo DIP 3572 | 11/12/18 | 2339 | CDJ | Carr Riggs & Ingram | 1,250.00 |
| 10442 | Cash - Wells Fargo DIP 3574 | 11/21/18 | 2343 | CDJ | Porter Hedges, LLP | 489.80 |
| 10442 | Cash - Wells Fargo DIP 3575 | 11/21/18 | 2342 | CDJ | George Adams & Company Insuran | 1,400.00 |
| 10442 | Cash - Wells Fargo DIP 3578 | 12/10/18 | 2344 | CDJ | Veritrust | 253.08 |
| | | | | | | **7,725.22** |